IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, AS SUCCESSOR, IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS COMMERCIAL MORTGAGE SECURITIES INC., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-TOP26,<br>　　　　　Plaintiff, | : : : : : : : : : : : | CIVIL ACTION<br><br>NO.  14-2333 |
| v. | : : | |
| 815 LIMITED PARTNERSHIP,<br>　　　　　Defendant. | : : | |

**ORDER**

**AND NOW**, this 24th day of June, 2014, upon consideration of the Petition for Appointment of Receiver, and all responses and replies filed thereto, it is hereby **ORDERED** that said Petition (Docket No. 4) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*s/ Ronald L. Buckwalter*
　　　　　　　　　　　　　　　　　　　　RONALD L. BUCKWALTER, S. J.